THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOHN L. MADDEN, Appellant, against JOHN F. FOSTER, as Warden of Auburn State Prison, Respondent.

Submitted March 18, 1948; decided April 22, 1948.

*John L. Madden*, appellant in person.
*Nathaniel L. Goldstein, Attorney-General* (*William S. Elder, Jr.*, of counsel), for respondent.

Order affirmed. (See *Matter of Morhous* v. *New York Supreme Court,* 293 N. Y. 131, 138, 140; *Matter of Lyons* v. *Goldstein,* 290 N. Y. 19; *Matter of Hogan* v. *New York Supreme Court,* 295 N. Y. 92.) No opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.